UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JON ADAUTO, | ) Case No. EDCV 16-1294-PA (JPR) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF U.S. ) MAGISTRATE JUDGE |
| COUNTY OF SAN BERNARDINO SUPERIOR COURT et al., | ) |
| Respondents. | ) |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge.  No objections to the Report and Recommendation have been filed.  The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that the Petition is denied, Respondents' motion to dismiss is granted, and Judgment be entered dismissing this action with prejudice.

DATED: November 10, 2016

_____
PERCY ANDERSON
U.S. DISTRICT JUDGE