JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JON ADAUTO, | ) Case No. EDCV 16-1294-PA (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| COUNTY OF SAN BERNARDINO SUPERIOR COURT et al., | ) |
| Respondents. | ) |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 10, 2016

_____
PERCY ANDERSON
U.S. DISTRICT JUDGE